IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PETER MANUEL ARTEAGA, II

    Petitioner,                    No.  2: 11-cv-3181 DAD P

    vs.

STATE OF CALIFORNIA,

    Respondent.                ORDER

_____/

        By order entered March 8, 2012, petitioner's application for writ of habeas corpus was dismissed because he had named the State of California as the respondent instead of a proper respondent, such as the warden of the institution where he is currently incarcerated.  At that time petitioner was given thirty days leave to file an amended application for writ of habeas corpus naming the proper respondent.  To date, petitioner has failed to comply with the court's March 8, 2012 order by filing an amended habeas petition.

/////

/////

/////

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that petitioner shall be granted twenty-one (21) days from the date of this order in which to file an amended habeas petition which names the proper respondent. Failure to file an amended habeas petition in accordance in this order will result in an order dismissing this action without prejudice.

DATED: September 10, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:dpw
DAD1/prisoner-habeas/arte3181.basehab-misc